FREDERICK COOK, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29290.) MARILYN DUDLEY, an Infant, by RUBY DUDLEY, Her Guardian ad Litem, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 29291.)

Argued October 13, 1950; decided November 30, 1950.

*John E. Egan* and *Charles H. Gaffney* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for respondent.

Judgments of the Appellate Division reversed and those of the Court of Claims affirmed, with costs in this court and in the Appellate Division, upon the ground that the findings of the Court of Claims are in accord with the weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.